1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EVERETT PLACENTIA,                    ) NO. CV 07-03606-GW (MAN)
                                          )
12                  Petitioner,           )
                                          )
13       v.                               ) JUDGMENT
                                          )
14  T. FELKER, WARDEN,                    )
                                          )
15                  Respondent.           )
    _____)
16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions, and

    Recommendations of United States Magistrate Judge,
19

20
         IT IS ADJUDGED that this action is dismissed with prejudice.
21

22
    DATED: January 22, 2010.
23

24                                          _____
25                                                 GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE
26

27

28